# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:17-mj-00544 |
| Plaintiff, | Magistrate Judge Sharon L. Ovington |
| vs. | |
| HEATHER LYNN JOHNSON, | |
| Defendant. | |

## REMOVAL AND COMMITMENT ORDER

This case came to be heard pursuant to Fed. R. Crim. P. 5(c)(3).  Defendant herein was arrested in this District on a warrant issued upon an Indictment in the United States District Court FOR New Mexico in Case No. 1:17-cr-01368-JCH-2.  Defendant appeared in open Court on November 28, 2017, and after being advised of her rights, waived her right to an identity hearing.  Defendant requested that a hearing be held in the United States District Court on the Petition for Action on Conditions of Pretrial Release.

**IT IS ORDERED THAT THE DEFENDANT BE REMOVED TO THE** United States District Court for New Mexico, where the charges are pending against her, for any other proceedings, as ordered by that court.

**TO THE UNITED STATES MARSHAL:**

You are hereby commanded to take custody of the above-named Defendant and to transport that Defendant with a copy of this commitment forthwith to the district of offense as specified above and there deliver the Defendant to the Unites States Marshal

2

for that District or to some other officer authorized to receive the Defendant, all proceedings required by Fed. R. Crim. P. 5 having been completed.

November 28, 2017                          *s/Sharon L. Ovington*
                                                          Sharon L. Ovington
                                         United States Magistrate Judge